**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**     :

  v.                         **Case No. 2:20-cr-158
Judge Sarah D. Morrison**

**DEVIN E. ROYAL,**     :

      **Defendant.**

**ORDER**

This matter is before the Court for consideration of a Report and Recommendation issued by Magistrate Judge King on March 10, 2021. (ECF No. 21.) The time for filing objections to the Report and Recommendation has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Defendant Devin Royal's plea of guilty to Counts 1 and 2 of the Information (ECF No. 2) is **ACCEPTED**.

    **IT IS SO ORDERED.**

                                      /s/ Sarah D. Morrison
                                      **SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE**